UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LARRY MATTHEWS,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BELLEVUE SCHOOL DISTRICT No. 405, *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO. 22-CV-0612-RSL<br><br>ORDER |

The United States, having declined at this time to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby ORDERED that:

1. The Complaint, this Order, the United States' Notice of Declination, and all other papers on file in this action shall be unsealed;

2. Relator shall serve a copy of the Complaint, this Order, and the United States' Notice of Declination on Defendants;

3. The parties shall serve all pleadings, motions, and notices of dismissal, settlement, or compromise, including supporting memoranda, upon the United States as provided for in 31 U.S.C. § 3730(c)(3). The United States may seek dismissal of Relator's action or claims, file objections to

ORDER - 1
22-CV-612-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

any proposed dismissal, settlement, or other discontinuance of the action or claims, order any deposition transcripts, and intervene in this action, for good cause, at any time;

    4.    The parties shall serve all notices of appeal upon the United States; and

    5.    All orders of this Court shall be sent to the United States.

Dated this 9th day of December, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2
22-CV-612-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970